B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>EDWARDS,   Valerie K.<br>All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>EDWARDS,   Charles W.<br>All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   7574 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   8404 |
| Street Address of Debtor (No. and Street, City, and State):<br>3101 Harvest Ct.<br>Island Lake, IL       60042<br>                                              ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>Woodstock Residence<br>309 McHenry Avenue       60098<br>Woodstock, IL                     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>LAKE | County of Residence or of the Principal Place of Business:<br>McHenry |
| Mailing Address of Debtor (if different from street address): <br><br>                                              ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>Joseph Vogler Guardian of Disabled D<br>2911 Grand Avenue       60085<br>Waukegan, IL                       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                       Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☒ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Valerie K. Edwards

Page 2

B 1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case.)* | Charles W. Edwards |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed | Case Number | Date Filed |
| Location Where Filed | Case Number | Date Filed |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| District | Relationship | Judge |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | ( To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____  11/7/08 Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

[Official Form 1] (10/05)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Willria K Edwards_
Signature of Debtor   Valerie K. Edwards

X _Osern N_   Edwards
Signature of Joint Debtor

NOT INDIVIDUALLY BUT
SOLELY AS GUARDIAN OF THE
Telephone Number (If not represented by attorney)
ESTATE AND PERSON OF

_11-7-08_   Charles Edwards
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Bonnie L. Macfarlane
Printed Name of Attorney for Debtor(s)
BONNIE MACFARLANE, P.C.
Firm Name
106 W. State Rd./POB 268
Address
Island Lake, IL   60042

(847) 487-0700
Telephone Number

_11-7-08_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 6-Summ2
(10/05)

# United States Bankruptcy Court

Northern _____ District Of _____ Illinois

Eastern Division

In re _____ EDWARDS, Valerie K.
EDWARDS, Charles W. _____,
Debtor

Case No. _____

Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   NO |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)    *IL PUBLIC AID* | $   103,157.50 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $   NO |
| Student Loan Obligations (from Schedule F) | $   NO |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   NO |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   NO |
| TOTAL | $  103,157.50 |

The foregoing information is for statistical purposes only under 28 U.S.C. § 159.

Form 8
(10/05)

# United States Bankruptcy Court

Northern _____ District Of ____Illinois____

Eastern Division

In re  EDWARDS, Valerie K.
EDWARDS, Charles W.

Debtor

Case No. _____ ___ ___
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| HOUSE 3101 Harvest Ct. Island Lake, IL 60042 | | Countrywide Home Loans, Inc. X 1st Mtg. Countrywide Home Loans, Inc. X 2nd Mtg. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C § 362(h)(1)(A) | | | |
|---|---|---|---|---|---|
| | | | | | |

Date: 11-7-08

Signature of Debtor

## DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No. (Required under 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.

Address

X_____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

B6A (Official Form 6A) (12/07)

In re    EDWARDS, Valerie K.
      EDWARDS, CHarles W.    ,       Case No. _____
        Debtor                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3101 Harvest Ct. Island Lake, IL  60042 <br><br>    single family residence | | JT | 165,000.00 | 165,000.00   1st Mtg <br> 25,000.00   2nd Mtg |

Total▶    165,000.00

(Report also on Summary of Schedules.)

Form B6B
(10/05)

EDWARDS, Valerie K.

In re  EDWARDS, Charles W.

Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | | | | 40.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank, WAuconda, IL (ck) Chase Bank, Wauconda, IL (sv) | | 6,007.56 1,968.92 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4  Household goods and furnishings, including audio, video and computer equipment | | | | 500.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6  Wearing apparel | | | | 50.00 |
| 7  Furs and jewelry | X | | | |
| 8  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10  Annuities. Itemize and name each issuer | X | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars (File separately the record(s) of any such interests). 11 U.S.C. § 521(c), Rule 1007(b)) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

EDWARDS, Valerie K.
EDWARDS, CHarles W.

In re _____,                              Case No. _____
                Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA Chase Bank / Valerie | | 38,740.58 |
| | | IRA CHase Bank / Charles | | 40,587.83 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize | X | Guardian Acct. for CHarles Gurnee Community Bank & Trust | | 5,000.00 |
| | | Pension from CCII | | 960.70 per month |
| 14. Interests in partnerships or joint ventures. Itemize | X | | | *upon retirement age* |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Form B6B-cont
(10/05)

In re    EDWARDS, Valerie K.
__EDWARDS, Charles W._____
        Debtor

Case No. _____
                    (If known)

## SCHEDULE B -PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories | | 2002 Saturn,    94,000 miles | W | 1,200.00 |
| 26. Boats, motors, and accessories | X | | | |
| 27. Aircraft and accessories | X | | | |
| 28. Office equipment, furnishings and supplies | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 30. Inventory | X | | | |
| 31. Animals | X | | | |
| 32. Crops - growing or harvested. Give particulars | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached    Total ➤

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

$ 95,055.59

In re _____EDWARDS, Valerie K._____,   Case No. _____
_____EDWARDS, Charles W._____
        Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $125,000.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | 735ILC 5/12-901 | Real Property $15,000 per | |
| Necessary Wearing | 735ILCS5/12-1001(e) | 100% | 50.00 |
| Pesonal Property | 735ILCS5/12-1001(b) | 100% | 3,540.00 |
| Motor Vehicle | 735ILCS5/12-1001(c) | $2,400 any one | 1,200.00 |
| Tools of Trade | 735ILCS5/121001-(d) | $1,500 max value | -0- |
| Health Aids | 735ILCS5/12-1001(e) | all | -0- |
| Life Insurance | 735ILCS5/12-1001 | all | -0- |
| Retirement Plans | 735ILCS5/12-1005 | all | 85,289.11 |
| Other (Misc) | 735ILCS5/12-1001(b) | $4,000 each | 8,000.00 |

B6D (Official Form 6D) (12/07)

In re   EDWARDS, Valerie K. – EDWARDS,   Case No. _____
            Debtor             Charles W.           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Countrywide Home Loans,Inc. POB 10423 Van Nuys, CA  91410-0423 | | | 1st Mtg. VALUE $ | | | | 165,000.00 | |
| ACCOUNT NO. | | | | | | | | |
| Countrywide Home Loans, Inxc. POB 10423 VAn Nuys, CA  91410-0423 | | | 2nd Mtg. VALUE $ | | | | 25,000.00 | |
| ACCOUNT NO | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 190,000.00 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re EDWARDS, Valerie K.
EDWARDS, Charles W.
_____,
Debtor

Case No._____. ____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re _____VAlerie K. Edwards_____
_____Charles W. Edwards_____,   Case No._____
Debtor                                              (if known)

<br/>

☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ Taxes and Certain Other Debts Owed to Governmental Units      Illinois Public Aid

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

<br/>

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re _____ EDWARDS, Valerie K. _____,     Case No. _____
EDWARDS, Charles W.                                          (if known)
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  437200 <br> Metro Center for Health <br> 500 E. Ogden Ave. Ste. C <br> Hinsdale, IL  60521-2480 | | | | | | | 4,377.00 |
| ACCOUNT NO  262*572257.1 <br> Lake County Radiology Assoc., SC <br> 36104 Treasury Ctr. <br> Chicago, IL  60694-6100 | | | | | | | 36.00 |
| ACCOUNT NO.  07-226294 <br> Superior Air Ground Amb Service <br> PO Box 1407 <br> Elmhurst, IL  60126 | | | | | | | 1,000.54 |
| ACCOUNT NO  G411268A <br> Wellington Radiology Group <br> 9410 Campubill Drive <br> Orland Park, IL  60462 | | | | | | | 1,516.00 |

___ continuation sheets attached

Subtotal▶  $ 6,929.54

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   EDWARDS, Valerie K.
     EDWARDS, CharlesW.

_____,
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. E37734 <br> Medical Business Bureau, LLC <br> PO Box 1219 <br> Park Ridge, IL 60068-7219 | | | | | | | 423.00 |
| ACCOUNT NO EDWCH000 <br> Thomas N. Porter, MD <br> 755 S. Milwaukee Ave., Ste. 263 <br> Libertyville, IL 60048-3266 | | | | | | | 270.00 |
| ACCOUNT NO 204282 <br> Omnicare of Northern Illinois <br> 2313 S. Mt. Prospect Rd. <br> Des Plaines, IL 60018 | | | | | | | 4,604.48 |
| ACCOUNT NO 6602398-43720D <br> OSI Collection Services <br> PO Box 959 <br> Brookfield, WI 53008-0959 | | | | | | | 4,377.00 |
| ACCOUNT NO. 609902721 <br> Advocate Good Shepherd Hospital <br> PO Box 70014 <br> Chicago, IL 60673-0014 | | | | | | | 24,091.80 |

Sheet no __of_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 33,766.28

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

B6F (Official Form 6F) (12/07) - Cont.

In re      EDWARDS, Valerie K.
        EDWARDS, Charles W.
_____,     Case No. _____
        Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO    2267014-000 <br> Condell Medical Center <br> 97169 Eagle Way <br> Chicago, IL  60678-9710 | | | | | | | 16,724.09 |
| ACCOUNT NO. 07-135568 <br> Illinois Medi Car, Inc. <br> PO Box 1407 <br> Elnhurst, IL  60126 | | | | | | | 146.13 |
| ACCOUNT NO    G00702434242 <br> Alexian Brothers Medical Center <br> Lock Box 22589 / 22589 Network Place <br> Chicago, IL  60673-1225 | | | | | | | 40,158.25 |
| ACCOUNT NO.    52048 <br> Northwest Neurology, Ltd. <br> 2260 W. Higgins Rd., Ste. 201 <br> Hoffman Estates, IL  60169-2433 | | | | | | | 800.00 |
| ACCOUNT NO    TRI.B609902721 <br> Tri-County Emergency Physicians <br> PO Box 369 <br> Barrington, IL  60010 | | | | | | | 423.00 |

Sheet no ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                       Subtotal➤    $ 58,251.47

                                         Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ EDWARDS, Valerie K.
EDWARDS, Charles W. _____,    Case No. _____
Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  67-8491034<br><br>Elk Grove Radiology SC<br>75 Remittance Dr., Ste. 6500<br>Chicago, IL  60675-6500 | | | | | | | 387.00 |
| ACCOUNT NO.  861-1-0008360145<br><br>Midwest Diagnostic Pathology SC<br>75 REmittance Dr., Ste. 3070<br>Chicago, IL  60675-3070 | | | | | | | 584.00 |
| ACCOUNT NO.<br><br>Barrington Cardiology SC<br>912 W. Northwest Hwy. #100<br>Fox River Grove, IL  60021 | | | | | | | 450.00 |
| ACCOUNT NO.  07-226294<br><br>Superior Aire Ground AMB Svc.<br>PO Box 1407<br>Elmhurst, IL  60126 | | | | | | | 985.00 |
| ACCOUNT NO.  165477<br><br>Medical Services, RIC<br>36912 Eagle Way<br>Chicago, IL  60678-1369 | | | | | | | 3,042.00 |

Sheet no. ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 5,448.00

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

EDWARDS, Valerie K.
EDWARDS, Charles W.

In re _____,          Case No. _____
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  56-4748267 <br> IHC Libertyville Emergency Physicians <br> PO Box 3261 <br> Milwaukee, WI   53201-3261 | | | | | | | 907.00 |
| ACCOUNT NO.  262*573591.1 <br> Lake County  Radiology Assoc., SC <br> 36104 Treasury Center <br> Chicago, iL   60694-6100 | | | | | | | 149.00 |
| ACCOUNT NO.    004295 <br> Kenneth Margules, MD <br> 2026 N. Lewis <br> Zion, IL   60099 | | | | | | | 120.00 |
| ACCOUNT NO.   56-4748267 <br> Infinity Healthcare Physicians <br> 1251 W. Glen Oaks Lane <br> Mequon, WI  53092-3378 | | | | | | | 907.00 |
| ACCOUNT NO.   168*626808.3 <br> Condell Pathology Group, Ltd. <br> 5393 Paysphere Circle <br> Chicago, Il   60674-0053 | | | | | | | 888.00 |

Sheet no ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►  $ 2,971.00

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

FORM B6F - Cont
(10/89)

EDWARDS, Valerie K.
EDWARDS, Charles W.

In re _____.                           Case No. _____.
                    Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    657616<br><br>OAC<br>POB 371100    Great Lakes Pathology<br>Milwaukee, WI   53237-2200 | | | | | | | 62.00 |
| ACCOUNT NO.   165477<br><br>Harris & Harris, Ltd.    Rehab Inst. of Chicago<br>600 W. Jackson Blvd., Ste. 400<br>Chicago, iL   60661 | | | | | | | 3,042.00 |
| ACCOUNT NO.    (3 accts)<br><br>LaChapelle Credit Service, Inc.<br>200 N. Monroe<br>POB 1653   Green Bay, WI   54305-1653 | | | | | | | 2,094.00 |
| ACCOUNT NO.    001102-00<br><br>Lake Zurich Medical-B<br>290 N. Rand Rd/Ste A<br>Lake Zurich, IL   60047 | | | | | | | 990.00 |
| ACCOUNT NO.    6572944 087-2061299 93010<br><br>OSI Collections<br>1375 E. Woodfield Dr. Ste #110<br>Schaumburg, IL   60173- 447 | | | | | | | 28.00 |

Sheet no.    of    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 6,216.00
(Total of this page)

Total ➤  $ _____

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Case 09-03196   Doc 1   Filed 02/01/09   Entered 02/01/09 11:51:58   Desc Main
Document   Page 20 of 33

FORM B6F - Cont
(10/89)

EDWARDS, Valerie K.
In re   EDWARDS, Charles W. ,                                   Case No. _____
Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   087-2-0002061299 Elk Grove Cardiology Assoc 520 E 22nd St. Lombard, IL  60148 | | | | | | | 28.00 |
| ACCOUNT NO.   37641 Rescue Eight Paramedic Service POB 457 Wheeling, IL  60090 | | | | | | | 1,272.50 |
| ACCOUNT NO.   168*626808 Condell Pathology Group 5292 Payshpere Circle Chicago, IL  60674-0053 | | | | | | | 858.00 |
| ACCOUNT NO.   688*609902721 Great Lakes Pathology POB 78420 Milwaukee, WI  53218-0420 | | | | | | | 62.00 |
| ACCOUNT NO. Superior Air Ground Amb Svc POX 1407 Elmhurst, IL  60126 | | | | | | | all tickets 5,952.43 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   8,172.93
(Total of this page)

Total ➤   $ _____
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

FORM B6F - Cont
(10/89)

In re   EDWARDS, Valerie K.
        EDWARDS, Charles W.
        _____
                Debtor

Case No. _____
                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 07-169974<br><br>Superior Air Ground Amb Service<br>POB 1407<br>Elmhurst, IL  60126 | | | | | | | 869.50 |
| ACCOUNT NO. 8474879628830<br>(SBC)<br>Leading Edge Recovery Solutions LLC<br>5440 N. Cumberland Ave., Ste. 300<br>Chicago, IL  60656-1490 | | | | | | | 68.24 |
| ACCOUNT NO. 6463824<br><br>Medical Recovery Specialists,<br>2250 E. Devon Ave., Ste. 352<br>Des Plaines, IL  60018-4519 | | | | | | | 24,091.80 |
| ACCOUNT NO. 088036820000001<br><br>Verizion Wireless<br>BOX 25505<br>Lehigh Valley, PA  18002-5505 | | | | | | | 133.23 |
| ACCOUNT NO. 1011911-000<br><br>Condell Medical Center<br>97169 Eagle Way<br>Chicago, IL  60678-9710 | | | | | | | 11,930.28 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  (Total of this page)   $ 37,093.05

Total ➤   $ _____
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules.)

B6F (Official Form 6F) (12/07) - Cont.

In re    EDWARDS,   Valerie K.     Case No. _____
        EDWARDS,   Charles W. _____ ,
            Debtor                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   37641<br>Rescue Eight Paramedic Service<br>PO Box 457<br>Wheeling, IL   60090 | | | | | | | 830.00 |
| ACCOUNT NO.   NMS281<br>NCO Financial Systems     (SBC)<br>POB 4907<br>Trenton, NJ | | | | | | | 68.24 |
| ACCOUNT NO.   911473<br>Northwest Collectors, Inc.<br>3601 Algonquin Road, Ste.232<br>Rolling Meadows, Il   60008-3106 | | | | | | | 830.00 |
| ACCOUNT NO.   204282<br>Omnicare of Northern Illinois<br>POB 641805<br>Cincinnati, OH   45264-0001 | | | | | | | 9,385.37 |
| ACCOUNT NO.   932648-662531   /   932695-662531<br>Dependon Collection Svc, Inc.<br>POB 4833<br>Oak Brook, IL   60523-4833 | | | | | | | 36.00<br>149.00 |

Sheet no ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                 Subtotal➤   $   11,298.61

                                 Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

FORM B6F - Cont
(10/05)
EDWARDS. Valeria A.

In re    EDWARDS, CHarles ".        _____,        Case No. _____
                  Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    07G105412863 <br><br> Ice Mountain <br> POB 85680 <br> Louisville, KY   40285-6680 | | | | | | | 96.45 |
| ACCOUNT NO.    611154105 <br><br> Advocate Good Shepherd Hospital <br> POB 70014 <br> Chicago, IL   60673-0014 | | | | | | | 50.00 |
| ACCOUNT NO.  B611154105 <br><br> TriCounty Emergency Pgysicians <br> POB 369 <br> Barrington, iL   60010=0098 | | | | | | | 8.00 |
| ACCOUNT NO.    605585132 <br><br> Good SHepherd Hospital <br> POB 7001'/ <br> CHioago, IL   60673 | | | | | | | 546.00 |
| ACCOUNT NO.    6162076 <br><br> Medical REcovery Specialists, iNc. <br> 2250 E. Devon Ave., Ste. 352 <br> Des Plaines, IL   60018 <br><br> Good SHepherd Hospital | | | | | | | 563.12 |

Sheet no. ____ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          $  1,263.57
(Total of this page)
Total ➤    $ _____
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

FORM 6E (Cont)
(10/05)
In re __ EDWARDS, Valerie K.
EDWARDS, Charles W.
_____ Debtor _____

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 3-08260607 <br><br> Northwestern Medical Faculty Foundation <br> POB 75494 <br> Chicago, Il 60675-5494 | | | | | | | 744.00 |
| ACCOUNT NO 42-03585104 <br><br> Barrington Radiology & Imaging Assoc <br> POB 71129 <br> Chicago, IL 60694 | | | | | | | 242.00 |
| ACCOUNT NO 006959 <br><br> Willis G. Parsons, MD , PC <br> 1730 Park St., Ste. 101 <br> Naperville, IL 60563 | | | | | | | 155.00 |
| ACCOUNT NO 63350284-001 <br><br> Northwestern Memorial Hospital <br> 251 E. Huron Street <br> Chicago, IL 60611 | | | | | | | 4,838.00 |
| ACCOUNT NO A10014578 <br><br> Suburban Associates <br> 1100 W. Central Rd., Ste, 205 <br> Arlington Heights, IL 60005-2465 | | | | | | | 115.00 |

Sheet no. __ of __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $ 6,094.00

Total ➤  $_____

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules.)

FORM B6F - Cont.
(12/89)
EDWARDS, Valerie K.
EDWARDS, Charles W.

In re _____    Case No. ___ ___ ___
                Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 608765376 <br><br> Good Shepherd Hospital <br> POB 70014 <br> Chicago, IL   60673 | | | | | | | 563.12 |
| ACCOUNT NO. 60521891 <br><br> Good Shepherd Hospital <br> POB 70014 <br> Chicago, IL   60673 | | | | | | | 121.00 |
| ACCOUNT NO. 3-08260607 <br><br> Northwestern Medical Faculty Foundation <br> POB 75494 <br> Chicago, IL   60675-5494 | | | | | | | 582.00 |
| ACCOUNT NO. 605588367 <br><br> Good Shepherd Hospital <br> POB 70014 <br> Chicago, IL  60673 | | | | | | | 512.00 |
| ACCOUNT NO. 006997 <br><br> Willis Parsons.,MD <br> 1730 Park St., Ste  101 <br> Naperville, IL   60563 | | | | | | | 3,385.00 |

Sheet no ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $ 5,163.12
(Total of this page)
Total ➤    $_____
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules.)

FORM B6F - Cont
(3/89)

In re  EDWARDS, Valerie K.
       EDWARDS, Charles W.
                 Debtor

Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3-0826060<br>Northwest Medical Faculty Foundation<br>POB 75494<br>Chicago, IL 60675-5494 | | | | | | | 162.00 |
| ACCOUNT NO. 142448404<br>CIGNA Health Care<br>POB 188030<br>Chattanooga, TN 37422-8030 | | | | | | | 135.00 |
| ACCOUNT NO.<br>Michael H. Levinson<br>303 34th Street, Ste. 6<br>Virginia Beach, VA 23451-2804 | | | | | | | 9,810.00 |
| ACCOUNT NO.<br>Joseph H. Vogler<br>2911 Grand Avenue<br>Waukegan, IL 60085 | | | | | | | 2,052.50 |
| ACCOUNT NO.<br>Douglas W. STiles<br>9 N. County Street<br>Waukegan, IL 60085 | | | | | | | 2,407.50 |

Sheet no ___ of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 14,567.00 (Total of this page)
Total ► $
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

FORM B6F - Cont
(10/05)

EDWARDS, Valerie K.
EDWARDS, Charles W.

In re _____    Case No. _____
Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   G411268A  KCA Financial Services, Inc. 628 North St., POB 53 Geneva, IL   60134 | | | (Wellington Radiology) | | | | 1,516.00 |
| ACCOUNT NO.   67-8491034  Elk Grove Radiology, SC 75 Remittance Dr., Ste. 6500 Chicago, IL   60675-6500 | | | | | | | 321.00 |
| ACCOUNT NO.  Bureau of Collections Technical Recovery Section 1111 1/4 N. Avon Street | | | Illinois Public Aid  Rockford, IL   61101 | | | | 103,157.50 |
| ACCOUNT NO.   67-8491034  Elk Grove Radiology 75 Remittance Dr., Ste. 6500 Chicago, IL   60675-6500 | | | | | | | 36.00 |
| ACCOUNT NO.   11070230  Illinois Collection Service POB 1010 Tinley PaRK, IL   60477-9110 | | | | | | | 29.00 |

Sheet no. ____ of ____ sheets attached to Schedule of    Subtotal ➤    $ 105,059.50
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Total ➤    $
(Use only on last page of the completed Schedule F.)    $ 302,294.07
(Report to ... ...

B6G (Official Form 6G) (12/07)

EDWARDS, Valerie K.
In re ___EDWARDS, Charles W._____'        Case No._____
                      Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re _____ EDWARDS, Valerie K.
~~EDWARDS, Charles W.~~ '
Debtor

Case No. _____
(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

[X] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form 6-I
(10/05)

EDWARDS, Valerie K.
EDWARDS, Charles W.

In re _____          Case No._____
            Debtor                                              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: M | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Disabled |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average monthly income)                 DEBTOR          SPOUSE

1. Current monthly gross wages, salary, and commissions        $_____      $_____
   (Prorate if not paid monthly.)
2. Estimate monthly overtime                                   $_____      $_____

3. SUBTOTAL                                                    $_____      $_____

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security                        $_____      $_____
   b. Insurance                                                $_____      $_____
   c. Union dues                                               $_____      $_____
   d. Other (Specify): _____               $_____      $_____

5. SUBTOTAL OF PAYROLL DEDUCTIONS                              $_____      $_____

6. TOTAL NET MONTHLY TAKE HOME PAY                             $_____      $_____

7. Regular income from operation of business or profession or farm.    $_____      $_____
   (Attach detailed statement)
8. Income from real property                                   $_____      $_____
9. Interest and dividends                                      $_____      $_____
10. Alimony, maintenance or support payments payable to the debtor for   $_____      $_____
    the debtor's use or that of dependants listed above.
11. Social security or government assistance
    (Specify): Charles SS Disability                           $_____      $1,939.00
12. Pension or retirement income                               $_____      $_____
13. Other monthly income                                       $_____      $_____
    (Specify):_____ _____

14. SUBTOTAL OF LINES 7 THROUGH 13                             $_____      $_____
15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) $_____      $_____

16. TOTAL COMBINED MONTHLY INCOME $_____                  $_____      $_____
                                                               (Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

In re _____ Valerie K. Edwards _____ ,          Case No._____
                    Debtor                                    (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
|    a. Are real estate taxes included?   Yes ____   No ____ | |
|    b. Is property insurance included?   Yes ____   No ____ | |
| 2. Utilities: a. Electricity and heating fuel | $ _____ |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ _____ |
|    d. Other _____ | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ _____ |
| 5. Clothing | $ _____ |
| 6. Laundry and dry cleaning | $ _____ |
| 7. Medical and dental expenses | $ _____ |
| 8. Transportation (not including car payments) | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ _____ |
|    e. Other _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other _____ | $ _____ |
|    c. Other _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $   -0- |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Total monthly income from Line 16 of Schedule I | Charles's Disability income of $1,939.00 goes directly to the Woodstock Residence in Woodstock, Il. | $ _____ |
| b. Total monthly expenses from Line 18 above | | $ _____ |
| c. Monthly net income (a. minus b.) | | $ _____ |

Form 6-Summary
(10/05)

# United States Bankruptcy Court

___Northern___ District Of ___Illinois___

Eastern Division

In re ___Charles W. Edwards___ ___ ___ ___.
Valerie K. Edwards
Debtor

Case No. _____

Chapter ___7___ ___ ___.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 165,000.00 | | |
| B - Personal Property | YES | 3 | $ 95,055.59 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 190,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 103,157.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 302,294.07 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ -0- |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ -0- |
| TOTAL | | 26 | 260,055.59 | $ 595,451.57 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____,
Debtor

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 11/7/08

Date _____

Signature: Valerie K. Edwards
Debtor

Signature: Jesc en H. CSS
(Joint Debtor, if any)

NOT INDIVIDUALLY BUT SOLELY AS GUARDIAN OF THE ESTATE AND PERSON OF Charles Edwards

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____
Signature of Bankruptcy Petition Preparer

Date _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature _____

_____
[Print or type name of individual signing on behalf of debtor ]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.